■ SOUTH SHORE D'LITES, LLC, et al., Appellants, v FIRST CLASS PRODUCTS GROUP, LLC, et al., Respondents. GREENBAUM, ROWE, SMITH & DAVIS LLP, Nonparty Respondent. [55 NYS3d 222]—

Order, Supreme Court, New York County (Ellen M. Coin, J.), entered April 18, 2016, which denied plaintiffs' motion to compel defendants and nonparty law firm to create and turn over a "limited privilege log" relating to communications between the firm and defendants regarding the alleged "markup" in the price of the product sold by defendants to plaintiffs, unanimously reversed, on the law, without costs, and plaintiffs' motion granted.

The motion court improvidently exercised its discretion in denying the motion (*Those Certain Underwriters at Lloyds, London v Occidental Gems, Inc.*, 11 NY3d 843, 845 [2008]). As the record shows, on May 13,2015, defendants signed a stipulation specifically agreeing to provide "the documents and materials requested in the February 26, 2015 and March 13, 2015 letters from Russell Morris to Christopher Ledoux." The March 13 letter requested "a limited privilege log which logs all docu-

ments—created or exchanged on or before May 2, 2011—relating to or dealing with the markup." Those were the precise documents requested in the motion on appeal. Defendants have not shown any reason why they should be released from their agreement to produce the log. Accordingly, the motion should have been granted.

We have considered plaintiffs' remaining contentions and find them unavailing. Concur—Acosta, P.J., Friedman, Andrias, Webber and Gesmer, JJ.